UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| A. GARY and BARBARA J. AMES, husband and wife, and A. GARY AND BARBARA J. AMES LIVING TRUST,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY OF BAINBRIDGE ISLAND,<br><br>    Defendant. | CASE NO. C05-5205RJB<br><br>ORDER LIFTING STAY AND SETTING DUE DATE FOR COMBINED JOINT STATUS REPORT AND DISCOVERY PLAN |

This matter comes before the court on review of the file.

On March 23, 2005, the court issued a Minute Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement. Dkt. 3. In that order, the court directed that the parties file a Combined Joint Status Report and Discovery Plan not later than June 27, 2005. *Id.* On May 11, 2005, the court issued a Stipulation for and Order Staying Action for Ninety Days and Declaring Action Commenced for Purposes of Statute of Limitations. Dkt. 7. The due date for the Combined Joint Status Report and Discovery Plan was stricken upon the entry of this order.

The ninety-day period staying this action expired on August 9, 2005, and counsel has not notified the court that settlement has been reached.

Therefore, it is hereby

**ORDERED** that the stay is hereby lifted, and not later than **October 31, 2005**, the parties shall file a Combined Joint Status Report and Discovery Plan, as required by Fed.R.Civ.P. 26(f) and Local Rule CR 16. If the Combined Joint Status Report and Discovery Plan is not timely filed, the court will dismiss this case without prejudice.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

DATED this 30th day of August 2005.

_/s/ Robert J. Bryan_
Robert J. Bryan
United States District Judge